|   | |
|---|---|
| | Judge: Philip H. Brandt |
| | Chapter: 13 |
| | Hearing Date: January 08, 2009 |
| | Hearing Time: 9:00 am |
| 1 | Hearing Location: Judge Brandt's Courtroom |
| | 700 Stewart St #8106 |
| 2 | Seattle,WA 98101 |
| | Response Date: December 31, 2008 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| In Re: | IN CHAPTER 13 PROCEEDING |
|---|---|
| KATHERINE ANN ROHR-SMITH AND | NO. 06-12639 |
| SHAWN WALTER SMITH, | |
| 3833 54th Ave SW | NOTICE OF MOTION AND HEARING |
| Seattle, WA 98116 | |
| Debtors. | |

**PLEASE TAKE NOTICE** that the Trustee's Motion for Dismissal **IS SET FOR HEARING** as follow:

Judge: Philip H. Brandt                    Date: January 08, 2009
Location: Judge Brandt's Courtroom         Time: 9:00 am
          700 Stewart St #8106
          Seattle,WA 98101

**IF YOU OPPOSE** this motion, you must file your written response with the Court Clerk and serve **two (2)** copies on the Chapter 13 Trustee **NOT LATER THAN THE RESPONSE DATE**, which is December 31, 2008.

**IF NO RESPONSE IS TIMELY FILED AND SERVED**, the Court may, in its discretion, **GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE,** and strike the hearing.

Dated: November 04, 2008

/s/K. Michael Fitzgerald
K. Michael Fitzgerald
Chapter 13 Trustee
WSBA# 8115

Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
(206) 624-5124 Fax: (206) 624-5282
www.seattlech13.com

CM094  NOTICE OF HEARING

Judge: Philip H. Brandt
Chapter: 13
Hearing Date: January 08, 2009
Hearing Time: 9:00 am
Hearing Location: Judge Brandt's Courtroom
700 Stewart St #8106
Seattle,WA 98101
Response Date: December 31, 2008

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| In Re:<br><br>KATHERINE ANN ROHR-SMITH AND<br>SHAWN WALTER SMITH,<br><br>Debtors. | IN CHAPTER 13 PROCEEDING<br>NO. 06-12639<br><br>TRUSTEE'S MOTION<br>TO DISMISS PLAN |

**Comes now,** K. Michael Fitzgerald, Chapter 13 Trustee and moves for the dismissal of the above-encaptioned Chapter 13 Plan on the following grounds:

The confirmed Plan requires payments of $2,560.00 per month. The plan is now delinquent a total of $14,507.34 calculated through 11/4/2008.

**Wherefore,** the Chapter 13 Trustee requests the Court dismiss the case.

Dated: November 04, 2008

/s/ K. Michael Fitzgerald
K. Michael Fitzgerald
Chapter 13 Trustee
WSBA #8115

TRUSTEE'S MOTION TO DISMISS PLAN

|    | Judge: Philip H. Brandt |
|----|-------------------------|
|    | Chapter: 13 |
|    | Hearing Date: January 08, 2009 |
|    | Hearing Time: 9:00 am |
|    | Hearing Location: Judge Brandt's Courtroom |
|    | 700 Stewart St #8106 |
|    | Seattle, WA 98101 |
|    | Response Date: December 31, 2008 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In Re: | IN CHAPTER 13 PROCEEDING |
|---|---|
| KATHERINE ANN ROHR-SMITH AND SHAWN WALTER SMITH, | NO. 06-12639 |
| Debtors. | Proposed ORDER DISMISSING CHAPTER 13 CASE |

**This matter** having come on for hearing upon the Chapter 13 Trustee's Motion to Dismiss Case, proper notice having been given, and the court finding and concluding that the debtors have failed to comply with the provisions of 11 U.S.C. Section 1322, now, therefore, it is hereby

**Ordered** that this case is dismissed effective on the date of this Order.

Dated:

_____
Philip H. Brandt, Judge

Presented by:

*/s/K. Michael Fitzgerald*
K. Michael Fitzgerald
Chapter 13 Trustee
WSBA# 8115

ORDER DISMISSING CASE

Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle, WA 98101
(206) 624-5124 Fax: (206) 624-5282
www.seattlech13.com

CM095