IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Bankruptcy No. 06-12639-SJS |
| KATHERINE ANN ROHR-SMITH, and | ) | |
| SHAWN WALTER SMITH | ) | OBJECTION TO CLAIM |
| | ) | OF EXEMPTION |
| Debtor(s). | ) | |
| | ) | |

COMES NOW the duly appointed trustee Michael B McCarty, through counsel, The Rigby Law Firm and James Rigby, and objects to the debtors' claim to a homestead exemption pursuant to RCW 6.13.030 in the amount of $120,292.18 on the basis that the exemption amount available on the date of filing was $40,000.

DATED this 15th day of December, 2010.

THE RIGBY LAW FIRM

/S/ *James Rigby*

James Rigby, WSBA #9658
Of Attorneys for Trustee

**OBJECTION TO CLAIM**      The Rigby Law Firm
**OF OBJECTION**      600 Stewart Street, #1908
101215-objection  Page 1      Seattle, WA 98101 (206)441-0826